UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Vincent N. Mastrorocco,<br>   Debtor.<br><br>JPMorgan Chase Bank, National Association,<br>   Movant,<br>v.<br><br>Vincent N. Mastrorocco,<br>   Respondent/Debtor,<br>and<br><br>Ronda J. Winnecour<br>   Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>20-20638/GLT<br><br><br>Related to Docket No. 29 |

## PRAECIPE

To The Clerk, United States Bankruptcy Court:

  Kindly withdraw, without prejudice, Movant, JPMorgan Chase Bank, National Association's Objection to Confirmation of Chapter 13 Plan filed with the Court on March 17, 2020. JP Morgan transferred this loan to Bayview and Bayview filed its own Proof of Claim and is represented by other counsel.

                Respectfully submitted,

Dated: May 27, 2020

                /s/ Kristen D. Little
                BY:_____
                Kristen D. Little, Esquire
                Shapiro & DeNardo, LLC
                3600 Horizon Drive, Suite 150
                King of Prussia, PA 19406
                (610) 278-6800/ fax (847) 954-4809

S&D File #:19-063537
                PA BAR ID #79992
                klittle@logs.com
                pabk@logs.com

SO ORDERED
May 28, 2020

*[signature]*
    drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 20-20638-GLT
Vincent N. Mastrorocco                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1              Date Rcvd: May 28, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db             +Vincent N. Mastrorocco,   600 Willow Run Road,   Blairsville, PA 15717-4235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Corey J. Sacca    on behalf of Debtor Vincent N. Mastrorocco csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
               3230706420@filings.docketbird.com
              James   Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Kristen D. Little    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com, klittle@logs.com
              Michael John Clark    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8