Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Vincent N. Mastrorocco**
Debtor(s)

Bankruptcy Case No.: 20–20638–GLT
Issued Per 6/1/2020 Proceeding
Chapter: 13
Docket No.: 38 – 6
Concil. Conf.: September 10, 2020 at 10:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 24, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,813.00 as of June, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Sep. 10, 2020 at 10:30 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: CLaim No. 2 of First Comonwealth Bank, PA Dept. of Revenue Claim No. 1 and Bayview Loan Clai No. 6 .

☒ H. Additional Terms: Claim No. 4 of Toyota governs at the modified terms of the plan.

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.   Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.   Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.   Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.   Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.   Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: June 3, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 20-20638-GLT
Vincent N. Mastrorocco                                          Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dbas               Page 1 of 2             Date Rcvd: Jun 03, 2020
                              Form ID: 149             Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
```
db           +Vincent N. Mastrorocco,    600 Willow Run Road,    Blairsville, PA 15717-4235
cr           +S&T Bank,    355 North Fifth Street,    Indiana, PA 15701-1940
15204147     +Aes/pnc Bank,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
15204148      Brian Kile,    One Gateway Center,    Ninth Floor,    Pittsburgh, PA 15222
15210697     +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
               444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15204153     +Firstmark Services,    Attn: Bankruptcy,    Po Box 82522,    Lincoln, NE 68501-2522
15229464     +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
15204154     +Laura Mastrorocco,    600 Willow Run Road,    Blairsville, PA 15717-4235
15211271      S&T Bank,    c/o Brian M. Kile, Esquire,    Grenen & Birsic, PC,    One Gateway Center, 9th Floor,
               Pittsburgh, PA  15222
15211270     +S&T Bank,    355 North 5th Street,    Indiana, PA 15701-1940
15204157      S&T Bank,    800 Philadelphia Street,    Blairsville, PA 15717
15204158    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:   Toyota Financial Services,    Attn: Bankruptcy Dept,    Po Box 8026,
               Cedar Rapids, IA 52409)
15225794     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
15204159     +Univest Capital LLC,    3220 Tillman Drive,    Suite 503,    Bensalem, PA 19020-2049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 04 2020 03:13:20
               JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    Jacksonville, FL  32256
15237639     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 04 2020 03:19:30
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1873
15222407      E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 04 2020 03:18:11     Citizens Bank N.A.,
               One Citizens Bank way Mailstop JCA115,    Johnston, RI 02919
15204151      E-mail/Text: mrdiscen@discover.com Jun 04 2020 03:18:14     Discover Financial,
               Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
15204152      E-mail/Text: bankruptcynotice@fcbanking.com Jun 04 2020 03:18:18     First Commonwealth Bank,
               Attn: Bankruptcy,    Po Box 400,    Indiana, PA 15701
15204150      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 04 2020 03:12:32     Chase Mortgage,
               Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224
15204149      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 04 2020 03:13:21     Chase Card Services,
               Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
15204155     +E-mail/PDF: pa_dc_claims@navient.com Jun 04 2020 03:14:24     Navient,    Attn: Bankruptcy,
               Po Box 9640,    Wiles-Barr, PA 18773-9640
15204156      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 04 2020 03:18:47     PA Dept. of Revenue,
               PO Box 280946,    Harrisburg, PA 17128-0946
15207072      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 04 2020 03:18:48
               Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
               Harrisburg PA  17128-0946
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BAYVIEW LOAN SERVICING, LLC
cr*          +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
               444 Liberty Avenue,    Pittsburgh, PA 15222-1225
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: dbas                    Page 2 of 2            Date Rcvd: Jun 03, 2020
                                  Form ID: 149                  Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
              Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Corey J. Sacca    on behalf of Debtor Vincent N. Mastrorocco csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
               3230706420@filings.docketbird.com
              James  Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Kristen D. Little    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com, klittle@logs.com
              Michael John Clark    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```