IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-20638-GLT |
| | ) | |
| VINCENT N. MASTROROCCO | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | |
| VINCENT N. MASTROROCCO | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
|     vs. | ) | Document No. _____ |
| | ) | |
| BAYVIEW LOAN SERVICING, LLC and | ) | Related to Doc. Nos. 34 and 35 |
| RONDA J. WINNECOUR | ) | |
|     Respondents. | ) | Hearing Date and Time: |
| | ) | July 15, 2020 at 10:00 a.m. |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF INTERIM LOAN MODIFICATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion/Application filed on June 2, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion/Application appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 22, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court

Date of Service: <u>June 23, 2020</u>

Respectfully submitted,

*/s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741