Case 20-20638-GLT    Doc 43    Filed 09/14/20    Entered 09/14/20 13:17:46    Desc Main
Document    Page 1 of 1

FILED
9/14/20 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** VINCENT N. MASTROROCCO
- **Case Number:** 20-20638-GLT      **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 10, 2020  10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#6- Final Confirmation of Plan Dated 2/24/2020 (NFC)
R / M #:  6 / 0

### Appearances:

- Debtor: Sauca [?]
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor: Kile for S&T Bank

*[handwritten notes: "out at portal LMP pending in trial mod"]*

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12/17/20 at 11:00 AM
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

9/2/2020    4:59:20PM