IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-20638-GLT |
| | ) | |
| VINCENT N. MASTROROCCO | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | |
| VINCENT N. MASTROROCCO | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
|     vs. | ) | Document No. _____ |
| | ) | |
| BAYVIEW LOAN SERVICING, LLC and | ) | Hearing Date: 11/18/2020 at 9:30am |
| RONDA J. WINNECOUR | ) | Response Deadline: 11/4/2020 |
|     Respondents. | ) | |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE LOAN ADJUSTMENT AGREEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion/Application filed on October 16, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion/Application appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 4, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court

Date of Service: <u>November 10, 2020</u>

Respectfully submitted,

 */s/ **Corey J. Sacca***
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741