Case 20-20638-GLT   Doc 53   Filed 11/14/20   Entered 11/15/20 00:39:24   Desc Imaged
Certificate of Notice   Page 1 of 3

FILED
11/12/20 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-20638-GLT |
| | ) | |
| VINCENT N. MASTROROCCO | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| VINCENT N. MASTROROCCO | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Related To Docket No. 45 |
| vs. | ) | |
| | ) | |
| BAYVIEW LOAN SERVICING, LLC and | ) | |
| RONDA J. WINNECOUR | ) | |
| Respondents. | ) | |
| | ) | |

ORDER APPROVING LOAN MODIFICATION

AND NOW, this ___12th Day of November___, 2020, upon consideration of the Motion to Approve Loan Adjustment Agreement, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Debtor is permitted to enter into the permanent Loan Adjustment Agreement attached to Debtor's Motion.
2. If the Loan Adjustment Agreement impacts the provisions of the Debtor's Chapter 13 Plan, a modified plan shall be filed within fourteen (14) days of the entry of this Order.
3. If the Loan Adjustment Agreement results in a material change in the Debtor's expense the Debtor shall file an amendment to the impacted schedules reflecting income and expenses within fourteen (14) days of the entry of this Order.

BY THE COURT:

_____  drb
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20638-GLT |
| Vincent N. Mastrorocco | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Vincent N. Mastrorocco, 600 Willow Run Road, Blairsville, PA 15717-4235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor S&T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Corey J. Sacca | on behalf of Debtor Vincent N. Mastrorocco csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Michael John Clark | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com |

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8