# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
12/21/20 8:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

**Debtor:** VINCENT N. MASTROROCCO
**Case Number:** 20-20638-GLT          **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 17, 2020 11:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#6 - Continued Confirmation of Plan Dated 2/24/2020 (NFC)
R / M #:  6 / 0

### Appearances:

Debtor: *SACCA*
Trustee: Winnecour / Pail / ~~Katz~~ / DeSimone
Creditor: *Brian Rile for S&T Bank*

*S&T has junior mortgage on residence*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __•__ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __✓__ Contested Hearing: *1/13/21* at *9:30 Am*.
10. _____ Other:

*Put on contested for lack of progress in resolving - S&T Bank issues.*

*S&T & Debtor had a possible settlement of junior mortgage, but there has been no progress in implementing. Apparently need deadlines or legal action ($506) initiated.*

12/8/2020  11:14:39AM