FILED
1/15/21 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 20-20638-GLT |
| | : | Chapter: 13 |
| Vincent N. Mastrorocco | : | |
| | : | |
| | : | Date: 1/13/2021 |
| *Debtor(s).* | : | Time: 09:30 |

## PROCEEDING MEMO

**MATTER:**  #6 - Contested Confirmation of Plan Dated 2-24-2020 (NFC)
                       #55 - Objection filed by S&T Bank

**APPEARANCES:**
  Debtor:   Corey J. Sacca
  Trustee:  James Warmbrodt
  Creditor:  Brian Kile

**NOTES:** (9:51)

Warmbrodt: There's an unresolved issue of S&T Bank's junior mortgage. I believe it was the court's expectation that there would be an adversary filed or an agreement entered into.

Sacca: It's been slow to develop, we're moving towards a resolution. It was the debtor's intent to surrender the commercial property, and at the time S&T reached out we had come to an agreement to sell the property as opposed to surrendering it. It would be a short sale in the bankruptcy. A realtor has looked at the property and is interested in listing it and S&T would have to cooperate with the short sale.

Court: What's the realtor suggesting for the listing price?

Sacca: She didn't have that amount for me. She initially visited the property in May 2020. But it will probably be less than the liens.

Court: Is there an agreement about what happens with the junior lien depending on the sale amount?

Sacca: There's equity in the debtor's home.

Court: Is there any issue with the validity of the lien?

Sacca: No.

Court: So it's strictly a valuation issue? How much time do you need to file the motion to employ the realtor?

Sacca: Yes. 60 days, the realtor said she'd have the paperwork to me in 2 weeks.

Kile: I have nothing further. Mr. Sacca summarized where we are.

Court: We need a deadline for the debtor to file the motion to employ the real estate broker within 30 days and then a status report within 60 days of retention. And then I will reset this for conciliation on April 29.

**OUTCOME:**

1. Debtor's *Contested Confirmation of Plan Dated 2-24-2020 (NFC)* [Dkt. No. 6] is set for CONCILIATION on April 29, 2021 at 11 a.m. On or before February 12, 2021 the Debtor shall file a motion to employ a real estate broker. The Debtor and real estate broker shall file a status report on the progress of any marketing and sale efforts within 60 days of the date of any order approving the broker's employment. [Chambers to Issue]

**DATED:** 1/13/2021