IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 20-20638-GLT |
| **VINCENT N. MASTROROCCO**, | Chapter 13 |
| *Debtor*. | Related to Dkt. Nos. 6 and 55 |

**ORDER**

This matter is before the Court on confirmation of the Debtor's *Chapter 13 Plan Dated 2-24-2020* [Dkt. No. 6]. S&T Bank *Objected* [Dkt. No. 55] to confirmation on the grounds that the plan did not adequately provide for its secured claim. At a hearing on January 13, 2021, the Debtor stated he and S&T Bank had agreed to conduct a short sale of property secured by S&T Bank in order to resolve the dispute.

For the reasons stated above and on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.  The Debtor's *Chapter 13 Plan Dated 2-24-2020* [Dkt. No. 6] is set for **CONCILIATION** on **April 29, 2021 at 11 a.m**. at **Ch 13 341 Telephonic Location.**

2.  On or before **February 12, 2021**, the Debtor shall file a motion to employ a real estate broker.

3.  The Debtor and real estate broker shall file a status report on the progress of any marketing and sale efforts **within 60 days** of the date of any order approving the broker's employment, which identifies the following with specificity: (i) the initial listing price for the Property; (ii) whether the listing price has changed, and if so, the current listing price; (iii) detail regarding the number of showings and inquiries involving the Property; (iv) any offers that were received (including the amount offered, the date the offer was made, any contingencies in the

offer(s), and all other relevant offer information); (v) the plan for marketing the Property going forward; and (vi) the estimated timeframe for a sale of the Property to close.

        4.      Debtor's counsel shall serve a copy of this *Order* on all interested parties and file a certificate of service within three (3) business days.

Dated: January 15, 2021

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20638-GLT |
| Vincent N. Mastrorocco | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent N. Mastrorocco, 600 Willow Run Road, Blairsville, PA 15717-4235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021               Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor S&T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Corey J. Sacca | on behalf of Debtor Vincent N. Mastrorocco csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Michael John Clark | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com |

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8