IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.    20-20638-GLT |
| | ) | |
| Vincent N. Mastrorocco | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | Doc. No. |
| Vincent N. Mastrorocco | ) | |
| | ) | Related to Doc. No. 60 and 61 |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF REALTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion/Application filed on February 12, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion/Application appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 2, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date of Service: <u>March 3, 2021</u>

Respectfully submitted,

*/s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741