Case 20-20638-GLT   Doc 65   Filed 03/06/21   Entered 03/07/21 00:31:10   Desc Imaged
                    Certificate of Notice   Page 1 of 3

FILED
3/4/21 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.   20-20638-GLT |
| | ) | |
| Vincent N. Mastrorocco | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | Related to Docket No. 60 |
| Vincent N. Mastrorocco | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**ORDER APPROVING RETENTION OF REALTOR/BROKER**

AND NOW upon consideration of the *APPLICATION TO EMPLOY REALTOR TO SELL REAL ESTATE* (the "Application") filed at Doc. No. 60 it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

(1)   The Application is hereby approved as of the date the Application was filed.

(2)   Lynn M. Knapko, Howard Hanna Kuzneski & Lockard Real Estate, 101 Heritage Run Road, Suite 3, Indiana, PA 15701 is hereby appointed as *Realtor* for the Debtor(s) in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at *133 East First Avenue, Derry, Pennsylvania, 15627 and East First Avenue Rear, Derry, Pennsylvania, 15627*. A realtor commission in the amount of *6%* on the sale price is tentatively approved, subject to final court order.

(3)   Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

(4)   The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

(5)   Within 60 days of this Order, Lynn Knapko shall file a status report on the progress of any marketing and sale efforts including: (i) the initial listing price for the subject properties; (ii) whether the listing price has changed, and if so, the current listing price as of the date of the status report; (iii) detail regarding the number of showings and inquiries involving the subject properties; (iv) any offers that were received (including the date of the offer, the amount offered, and any other relevant information concerning the offer (including any material contingencies); (v) the plan for marketing the subject properties going forward; and (vi) the estimated timeframe for a sale of the subject properties to close.

(6)   Applicant shall serve the within Order on all interested parties and file a certificate of service.

cc: Trustee, Debtor Counsel
    Realtor/Broker
    Office of the US Trustee

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court
DATED:  March 04, 2021

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Vincent N. Mastrorocco  
    Debtor

Case No. 20-20638-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 2  
Date Rcvd: Mar 04, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent N. Mastrorocco, 600 Willow Run Road, Blairsville, PA 15717-4235 |
| r | | Lynn M. Knapko, Howard Hanna Kuzneski & Lockard Real Est, 01 Heritage Run Road, Suite 3, Indiana, PA 15701 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor S&T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Corey J. Sacca | on behalf of Debtor Vincent N. Mastrorocco csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Michael John Clark | |

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
   on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 8