Case 20-20638-GLT    Doc 66    Filed 05/03/21    Entered 05/03/21 12:07:07    Desc Main
Document    Page 1 of 1

FILED
5/3/21 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** VINCENT N. MASTROROCCO
- **Case Number:** 20-20638-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 29, 2021 11:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#6 - Continued Confirmation of Plan Dated 2/24/2020 (NFC)
R / M #: 6 / 0

## Appearances:

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone    *Sacca*    *Wambrolt*
Creditor:    *Brian Kile - S+T BK*

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **10/28/21** at **1:00**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/19/2021  10:52:44AM