# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

FILED
10/29/21 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** VINCENT N. MASTROROCCO
- **Case Number:** 20-20638-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 28, 2021 01:00 PM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#6 - Continued Confirmation of Plan Dated 2/24/2020 (NFC)
R / M #: 6 / 0

## Appearances:

Sacca

- **Debtor:**
- **Trustee:** Winnecour / *Warmbrodt* / Katz / DeSimone
- **Creditor:**

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __2/24/22__ at __1:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/19/202    9:50:23AM