

## Proof of Publication of Notice in The Tribune-Review
### Under the Act of July 9, 1976, P.L. 877, No. 160

Commonwealth of Pennsylvania }
County of Allegheny            }    SS:

**Patty Klingensmith,** Classified Advertising Manager of Trib Total Media, Inc., a corporation of the Commonwealth of Pennsylvania with place of business in Pittsburgh, Allegheny County, Pennsylvania, being duly sworn, deposes and says that the Tribune-Review is a daily newspaper in general circulation in Southwestern Pennsylvania. Said corporation was established in the year 1924. A copy of the printed notice of publication is attached hereto exactly as the same was printed and published in the regular editions of the said daily newspaper on the following dates, viz:
LEGAL# 206151, RE: BANKRUPTCY SALE NOTICE / MASTROROCCO; 18TH DAY OF NOVEMBER, 2021.

Affiant further deposes that s/he is an officer duly Authorized by the Trib Total Media, Inc., publisher of the Tribune-Review, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____
Classified Advertising Manager,
Trib Total Media, Inc.

Sworn to and subscribed before me this
18TH day of NOVEMBER, 2021

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
JoAnn M. Callahan, Notary Public
Westmoreland County
My commission expires July 1, 2024
Commission number 1243230
Member, Pennsylvania Association of Notaries

### Statement of Advertising Costs

COREY J. SACCA
BONONI & COMPANY, PC
20 NORTH PENNSYLVANIA AVENUE
GREENSBURG, PA 15601

To **Trib Total Media, Inc.**.
For Publishing the notice or advertisement attached
hereto on the above stated dates    $147.50
Probating Same                       $     0
Total                                $ 147.50

**Publisher's Receipt**

The **Trib Total Media, Inc.**, publishes acknowledges a receipt of the aforesaid advertising and publication costs, and certifies the same have been fully paid.

**Trib Total Media Inc.,** Publisher
of the **Tribune-Review,** a Daily Newspaper.
                          By_____

**BANKRUPTCY SALE**
In re: The Bankruptcy Estate of Vincent N. Mastrorocco, Case No: 20-20638-GLT
Real Property: 133 East First Avenue, Rear, Derry Boro, PA 15627 (3 Tax Parcels 06-01-10-0-465, 469 and 473)– Please see additional details at website listed below.
Sale to be held: Wednesday, December 22, 2021, 10:30 AM, Courtroom A, 54th Floor US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219
Debtor has received an offer of $230,000.00. $5,000.00 hand money.
HIGHER AND BETTER OFFERS WILL BE CONSIDERED AT THE HEARING.
CONTACT: Corey J. Sacca, Esquire, 20 N. Pennsylvania Ave, Suite 201 Greensburg, PA 15601, (724) 832-2499
http://www.pawb.uscourts.gov/cgi-bin/csoai.cgi
206151(11-18-21)