# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/23/21 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.:  20-20638-GLT |
| | : | Chapter:  13 |
| Vincent N. Mastrorocco | : | |
| | : | |
| | : | Date:  12/22/2021 |
| *Debtor(s).* | : | Time:  10:30 |

## PROCEEDING MEMO

**MATTER:**   #69 - Motion to Sell Property Free and Clear of Liens under Section 363(f)
  [Response due 11/23/2021]
  #72 - Proof of Publication in Tribune Review
  #73 - Proof of Publication in Westmoreland Law Journal

**APPEARANCES**:
  Debtor:   Corey J. Sacca
  Trustee:   Owen Katz
  S&T Bank:   Brian Kile
  Realtor:   Lynn Knapko
  Bidder:   Tim McTighe (McTighe Storage, LLC)
  Bidder:   Brandon Yeager (Brandon Buys Houses, LLC)
  Bidder:   Randall Caldwell (MMJ Real Estate, LLC)

**NOTES:** [10:30 a.m.]

Sacca: The property is actually 3 separate tax parcels. On November 5, the property was listed on EASI The sale was advertised on November 18 and 19. All creditors were provided notice. The property was listed by Ms. Knapko. Tim McTighe (McTighe LLC) made the initial bid of $230,000.

Court: Have other bidders been qualified?

Knapko: We had an offer come in this morning at $235,000 from Mr. Yeager.

Court: And Mr. Yeager has no interest in this estate?

Yeager: That is correct.

Caldwell: I am prepared to deposit $5k to engage in bidding and I have no interest in this estate.

Katz: The trustee does not object to the sale.

Kile: The bank has no objection to the sale.

Court: Okay, I do have an opening bid for 230k.

Yeager: I am bidding on behalf of myself (Brandon Buys Houses, LLC)

Caldwell: I am bidding on behalf of myself (MMJ Real Estate, LLC)

[Bidding *Commences*]

Sacca: I will note that McTighe Storage's offer is a financing contingency and the financing has lapsed. Mr. McTighe has, however, re-executed. The proceeds will go to the bank. I assume the bank would prefer a cash offer.

Kile: A cash offer would be preferable if it was the highest offer.

McTighe: I will be putting 30% down.

Court: Yes, both parties are materially similar bids between financing and cash. I am looking for the highest and best offer. I am expecting to see a closing date by January 28, 2022.

Caldwell: I am prepared to make a cash offer at $260,000 if the sale falls through.

Court: It appears that McTighe Storage is the successful bidder and shall close by January 28, 2022. MMJ Real Estate, LLC being the backup bidder.

**OUTCOME:**

1. The *Motion to Sell Property Free and Clear of Liens under Section 363(f)* [Dkt. 69] is GRANTED as modified. McTighe Storage is recognized as the successful bidder with the highest bid of $260,000 and shall close on the property on or before January 28, 2022. [DB to issue modified order]

**DATED:** 12/22/2021