IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Vincent N. Mastrorocco | : | Bankruptcy No. 20-20638-GLT |
| | | : | Chapter 13 |
| | Debtor(s) | : | |
| | | : | |
| | | : | Claim No. 6 |
| Movant | U.S. Bank Trust National Association | : | |
| | | : | |
| | v. | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | | : | |
| | No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
   Creditor Name:   U.S. Bank Trust National Association
   Incorrect Address:   Selene Finance, LP
                              9990 Richmond Ave.
                              Suite 400 South
                              Houston TX 77042

Corrected Address:
   Creditor Name:   U.S. Bank Trust National Association
   Correct Address:   Selene Finance LP
                              Attn: BK Dept
                              3501 Olympus Blvd, Suite 500
                              Dallas, TX 75019

Dated June 6, 2022

                                                            /s/ Charles G. Wohlrab
                                                Electronic Signature of Debtor(s)' Attorney

                                                              Charles G. Wohlrab, Esq.
                                                                           Typed Name

                                  10700 Abbott's Bridge Rd, Ste. 170, Duluth, GA 30097
                                                                                                   Address

                                                                            (470) 321-7112 Ext. 257
                                                                                          Phone No.

                                                                                       314532
                                                                    Bar I.D. and State of Admission

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

VINCENT N. MASTROROCCO
600 WILLOW RUN ROAD
BLAIRSVILLE, PA 15717

And via electronic mail to:

COREY J. SACCA
BONONI & COMPANY
20 NORTH PENNSYLVANIA AVE.
GREENSBURG, PA 15601

*TRUSTEE*
RONDA J. WINNECOUR
USX TOWER, SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219

*U.S. TRUSTEE*
OFFICE OF THE U.S. TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Laura Stewart