FILED
9/15/22 4:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-20638-GLT |
| | : | Chapter: | 13 |
| Vincent N. Mastrorocco | : | | |
| | : | Date: | 9/14/2022 |
| *Debtor(s).* | : | Time: | 02:00 |

## PROCEEDING MEMO

**MATTER:**  #6 - Contested Confirmation of Plan Dated 2-24-2020 [NFC]
#86 - Objection Filed by Ronda Winnecour, Trustee

[Conciliation hearing held. Contested Confirmation
Hearing requested - Unresolved objections to plan.
From 8/25/2022 conciliation conference]

**APPEARANCES:**
  Debtor:    Corey J. Sacca
  Trustee:    Owen Katz
  S&T Bank:   Brian Kile

**NOTES:**   [2:31]

Trustee notes that S&T was cross collateralized, and that no payments have been made since June of 2022. There are over $20,000 in arrears. The amount owed in arrears is equivalent to around 10 months of missed payments.

Sacca noted that there was an offer to buy one of the properties for $120,000 on September 1, 2022. This amount was significantly lower than desired. The intention of both parties is to get the properties sold.

The plan payment would need to be $2,500 a month., and feasibility is an issue.

**OUTCOME:**

1) Confirmation of plan is DENIED for the reasons stated in the record. [Text Order].

2) Debtor's bankruptcy case is dismissed without prejudice [DB to issue form dismissal order].

**DATED:**  9/14/2022