Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Vincent N. Mastrorocco** | : | Case No. 20−20638−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per 9/14/2022 Hearing |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 16th of September, 2022,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Vincent N. Mastrorocco  
    Debtor

Case No. 20-20638-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Sep 16, 2022      Form ID: 309      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent N. Mastrorocco, 600 Willow Run Road, Blairsville, PA 15717-4235 |
| r | | Lynn M. Knapko, Howard Hanna Kuzneski & Lockard Real Est, 01 Heritage Run Road, Suite 3, Indiana, PA 15701 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 15204148 | | Brian Kile, One Gateway Center, Ninth Floor, Pittsburgh, PA 15222 |
| 15210697 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15204154 | + | Laura Mastrorocco, 600 Willow Run Road, Blairsville, PA 15717-4235 |
| 15211270 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 15211271 | | S&T Bank, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15204157 | | S&T Bank, 800 Philadelphia Street, Blairsville, PA 15717 |
| 15440836 | #+ | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JPMORGANCHASE | Sep 17 2022 03:18:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, Jacksonville, FL 32256 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 16 2022 23:18:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15204147 | + | Email/Text: bncnotifications@pheaa.org | Sep 16 2022 23:18:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15237639 | + | EDI: LCIBAYLN | Sep 17 2022 03:18:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 15222407 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 16 2022 23:18:00 | Citizens Bank N.A., One Citizens Bank way Mailstop JCA115, Johnston, RI 02919 |
| 15301875 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 16 2022 23:18:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15204151 | | EDI: DISCOVER.COM | Sep 17 2022 03:18:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15204152 | | Email/Text: SAABankruptcy@fcbanking.com | Sep 16 2022 23:18:00 | First Commonwealth Bank, Attn: Bankruptcy, Po Box 400, Indiana, PA 15701 |
| 15204153 | | Email/Text: FMClaims@Firstmarkservices.com | Sep 16 2022 23:18:55 | Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: 309 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 15204149 | | EDI: JPMORGANCHASE | Sep 17 2022 03:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15204150 | | EDI: JPMORGANCHASE | Sep 17 2022 03:18:00 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224 |
| 15229464 | + | Email/Text: RASEBN@raslg.com | Sep 16 2022 23:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15204155 | + | EDI: NAVIENTFKASMSERV.COM | Sep 17 2022 03:18:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15204156 | | EDI: PENNDEPTREV | Sep 17 2022 03:18:00 | PA Dept. of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15204156 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2022 23:18:00 | PA Dept. of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15207072 | | EDI: PENNDEPTREV | Sep 17 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15207072 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2022 23:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15204158 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 16 2022 23:18:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 15225794 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 16 2022 23:18:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15204159 | ##+ | Univest Capital LLC, 3220 Tillman Drive, Suite 503, Bensalem, PA 19020-2049 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 16, 2022 | Form ID: 309 | Total Noticed: 27 |

**below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor S&T Bank bkile@grenenbirsic.com  mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Corey J. Sacca | on behalf of Debtor Vincent N. Mastrorocco csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION kdlittleecf@gmail.com |
| Michael John Clark | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9