**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>VINCENT N. MASTROROCCO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-20638 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/24/2020 and confirmed on 06/03/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,200.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,195.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 1,928.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,928.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK TRUST NA - OWNER TRUSTEE F<br>Acct: 9839 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*)<br>Acct: 9708 | 0.00 | 3,688.68 | 0.00 | 3,688.68 |
| US BANK TRUST NA - OWNER TRUSTEE F<br>Acct: 9839 | 2,211.00 | 2,211.00 | 0.00 | 2,211.00 |
| US BANK TRUST NA - OWNER TRUSTEE F<br>Acct: 9839 | 0.00 | 15,663.28 | 0.00 | 15,663.28 |
| FIRST COMMONWEALTH BANK(*)<br>Acct: 9708 | 1,369.28 | 1,369.28 | 0.00 | 1,369.28 |
| US BANK TRUST NA - OWNER TRUSTEE F<br>Acct: 9839 | 0.00 | 0.00 | 0.00 | 0.00 |
| S & T BANK(*)<br>Acct: XXXX-201 | 0.00 | 0.00 | 0.00 | 0.00 |
| S & T BANK(*)<br>Acct: XXXX-200 | 0.00 | 0.00 | 0.00 | 0.00 |
| S & T BANK(*)<br>Acct: XXXX-200 | 0.00 | 0.00 | 0.00 | 0.00 |

| 20-20638 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX-202 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 10,609.65 | 4,380.38 | 1,066.99 | 5,447.37 |
|     Acct: 4800 | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX-001 | | | | |
| | | | | 28,379.61 |
| **Priority** | | | | |
| COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| VINCENT N. MASTROROCCO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| VINCENT N. MASTROROCCO | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| BONONI & COMPANY | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 887.39 | 887.39 | 0.00 | 887.39 |
|     Acct: 8998 | | | | |
| | | | | 887.39 |
| **Unsecured** | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
| JPMORGAN CHASE BANK | 33,677.84 | 0.00 | 0.00 | 0.00 |
|     Acct: 1920 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1913 | | | | |
| CITIZENS BANK NA** | 13,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0657 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2083 | | | | |
| UNIVEST CAPITAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 74.26 | 0.00 | 0.00 | 0.00 |
|     Acct: 8998 | | | | |
| GRENEN & BIRSIC PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| LAURA MASTROROCCO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| LOGS LEGAL GROUP LLP FORMERLY SH/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | | | 29,267.00 |
|---|---|---|---|---|

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 887.39 |
| SECURED | 14,189.93 |
| UNSECURED | 46.752.10 |

Date: 10/05/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com