**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| VINCENT N. MASTROROCCO | Case No.:20-20638 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/24/2020  and confirmed on 06/03/2020 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,200.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,200.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 1,928.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,928.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 9839 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*)<br>Acct: 9708 | 0.00 | 3,688.68 | 0.00 | 3,688.68 |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 9839 | 2,211.00 | 2,211.00 | 0.00 | 2,211.00 |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 9839 | 0.00 | 15,663.28 | 0.00 | 15,663.28 |
| FIRST COMMONWEALTH BANK(*)<br>Acct: 9708 | 1,369.28 | 1,369.28 | 0.00 | 1,369.28 |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 9839 | 0.00 | 0.00 | 0.00 | 0.00 |
| S & T BANK(*)<br>Acct: XXXX-201 | 0.00 | 0.00 | 0.00 | 0.00 |
| S & T BANK(*)<br>Acct: XXXX-200 | 0.00 | 0.00 | 0.00 | 0.00 |
| S & T BANK(*)<br>Acct: XXXX-200 | 0.00 | 0.00 | 0.00 | 0.00 |

| 20-20638 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Secured**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX-202 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 10,609.65 | 4,380.38 | 1,066.99 | 5,447.37 |
| Acct: 4800 | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX-001 | | | | |
| | | | | 28,379.61 |

**Priority**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VINCENT N. MASTROROCCO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VINCENT N. MASTROROCCO | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BONONI & COMPANY | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 887.39 | 887.39 | 0.00 | 887.39 |
| Acct: 8998 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0638 | | | | |
| | | | | 892.39 |

**Unsecured**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| JPMORGAN CHASE BANK | 33,677.84 | 0.00 | 0.00 | 0.00 |
| Acct: 1920 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1913 | | | | |
| CITIZENS BANK NA** | 13,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0657 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2083 | | | | |
| UNIVEST CAPITAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 74.26 | 0.00 | 0.00 | 0.00 |
| Acct: 8998 | | | | |
| GRENEN & BIRSIC PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAURA MASTROROCCO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP FORMERLY SH/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                              29,272.00

TOTAL CLAIMED
PRIORITY            892.39
SECURED          14,189.93
UNSECURED        46.752.10

Date: 02/08/2023                                /s/ Ronda J. Winnecour

                                                RONDA J WINNECOUR PA ID
                                                #30399
                                                CHAPTER 13 TRUSTEE WD
                                                PA
                                                600 GRANT STREET
                                                SUITE 3250 US STEEL TWR
                                                PITTSBURGH, PA  15219
                                                (412) 471-5566
                                                cmecf@chapter13trusteewdpa.co
                                                m